SOPHIE D. COHEN et al., as Sole Surviving Executors of WILLIAM W. COHEN, Deceased, Appellants and Respondents, *v.* CARITA NODA et al., Respondents and Appellants; JAPAN COTTON & SILK TRADING Co., INC., Respondent, et al., Defendants.

Submitted November 19, 1951; decided November 21, 1951.

*Edwin A. Tennant, Jr.,* for motion.

*James E. Bennet, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless appellants file and serve the required undertaking and pay $10 costs within ten days, in which events motion denied.